

11222406.1

1  Michael B. Reynolds (#174534)
   mreynolds@swlaw.com
2  Colin R. Higgins (#268364)
   chiggins@swlaw.com
3  Cameron J. Schlagel (#320732)
   cschlagel@swlaw.com
4  SNELL & WILMER L.L.P.
   600 Anton Blvd, Suite 1400
5  Costa Mesa, California 92626-7689
   Telephone:   714.427.7000
6  Facsimile:    714.427.7799

7  Attorneys for Defendant DOE 2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JA-836 Doe, an individual, | Case No. 3:23-cv-00787 |
|---|---|
| Plaintiff, | **DOE 2'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |
| v. | |
| DOE 1, a Nonprofit Corporation; DOE 2, an entity of form unknown; and DOE 3 through DOE 100, | [Pursuant to Fed. R. Civ. P. 7.1 and N.D. Cal. Local Rule 3-15] |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 7.1 and Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

| Related Entity or Person | Relationship to Parties |
|---|---|
| ███████████████████████ ████ | Defendant/DOE 2 |

1  No publicly held corporation owns 10% or more of the ▇▇▇. The ▇▇▇ is not
2  aware of any conflict, financial or otherwise, that the presiding judge has with the parties
3  to this action.

4  Dated: February 22, 2023         SNELL & WILMER L.L.P.

6                                   By: _____
7                                       Michael B. Reynolds
                                        Colin R. Higgins
                                        Cameron J. Schlagel
8                                   Attorneys for Defendant DOE 2

SNELL & WILMER L.L.P. — LAW OFFICES — 600 ANTON BLVD, SUITE 1400 — COSTA MESA, CALIFORNIA 92626-7689