UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JA-836 Doe, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DOE 1, a Nonprofit Corporation; DOE 2, an entity of form unknown; and DOE 3 through DOE 100,<br><br>　　　　　　Defendants. | Case No. 3:23-cv-00787<br><br>~~PROPOSED~~ **ORDER GRANTING DEFENDANT DOE 2's ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Date Action Filed: November 2, 2022<br>Trial Date: No Date Set |

Having considered Defendant DOE 2's Administrative Motion to File Under Seal its Certification of Conflicts and Interested Entities or Persons, and upon review of the document lodged with that motion, and compelling reasons appearing therefore, the Court hereby finds and orders, pursuant to Local Rule 79-5(b), that the Application is **GRANTED**.

**IT IS ORDERED** that DOE 2's Certification of Conflicts and Interested Entities or Persons be filed under seal.

Dated: March 2, 2023

_____
Hon. Alex G. Tse
United States District Court Judge

- 1 -　　ORDER GRANTING DOE 2'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL