UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JA-836 DOE,<br><br>        Plaintiff,<br><br>   v.<br><br>DOE 1,<br><br>        Defendant. | Case No. 23-cv-00787-VC<br><br>**ORDER REMANDING CASE**<br><br>Re: Dkt. No. 1 |

Both the plaintiff and Doe 1 are California citizens, and so there is no diversity jurisdiction. The case is hereby remanded to Marin County Superior Court.

**IT IS SO ORDERED.**

Dated: June 6, 2023

VINCE CHHABRIA
United States District Judge